No. 10–11172. BUTLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

TURY COS., INC., ET AL. C. A. 2d Cir. Certiorari denied. 